UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| FREDI GARCIA, *et al.* | ) |
| | ) |
| Plaintiffs, | ) Case No. 08-1291 |
| | ) (SECT. C, MAG. 4) |
| v. | ) |
| | ) |
| AUDUBON COMMUNITIES | ) |
| MANAGEMENT, LLC *et al.* | ) Collective Action |
| | ) |
| Defendants. | ) |

**NOTICE OF HEARING,**

PLEASE TAKE NOTICE that Movants, through undersigned counsel, will bring for hearing their Emergency Motion for U-Visa Certification at New Orleans, Louisiana on 9:30 AM at April 16, 2008, or as soon thereafter as counsel may be heard.

The Movants also hereby note that, owing to the urgency of this motion, they object to any extension of time related to this hearing.

Respectfully Submitted,

    <u>**/S Mary Bauer/**</u>
Mary C. Bauer (T.A.)
*Pro Hac Vice*
Virginia Bar Number 31388
Andrew H. Turner
*Pro Hac Vice*
Virginia Bar Number 48853
Immigrant Justice Project
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104
334-956-8200
334-956-8481 (fax)


    <u>**/S Vanessa Spinazola/**</u>
Vanessa Spinazola
Louisiana Bar Number 31328
The Pro Bono Project
615 Baronne Street, Suite 201
New Orleans, LA 70113
504-581-4043 x212
504-566-0518 (fax)

Attorneys for Movants

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Plaintiffs' Notice of Hearing* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the attorneys for the Defendants. I further certify that I have served the following attorneys for Defendants with a courtesy copy of this motion via express mail.

>James M. Garner
>Elwood F. Cahill, Jr.
>Debrah J. Fishman
>Sher Garner Cahill Richter Klein & Hilbert, LLC
>909 Poydras St.
>28th Floor
>New Orleans, LA 70112-1033
>Phone: 504-299-2100
>Fax: 504-299-2300

This 1st day of April, 2008.

/S/ **Vanessa Spinazola**