OMB No. 1615-0104; Expires 08/31/2010

Department of Homeland Security.
U.S. Citizenship and Immigration Services

# I-918 Supplement B,
# U Nonimmigrant Status Certification

START HERE - Please type or print in black ink.

## Part 1. Victim Information

**Family Name:** Balladares
**Given Name:** Jose Salvador
**Middle Name:**

**Other Names Used** (Include maiden name/nickname):

**Date of Birth** (mm/dd/yyyy): 09/28/1959
**Gender:** [X] Male [ ] Female

## Part 2. Agency Information

**Name of Certifying Agency:** United States District Court, Eastern District of Louisiana

**Name of Certifying Official:** Chief Judge Helen G. Berrigan
**Title and Division/Office of Certifying Official:** Chief Judge of Eastern District

**Name of Head of Certifying Agency:** Chief Judge Helen G. Berrigan

**Agency Address - Street Number and Name:** 500 Poydras Street
**Suite #:**

**City:** New Orleans
**State/Province:** Louisiana
**Zip/Postal Code:** 70130

**Daytime Phone #** (with area code and/or extension): (504) 589-7515
**Fax #** (with area code): (504) 589-2643

**Agency Type:**
[X] Federal [ ] State [ ] Local

**Case Status:**
[ ] On-going [ ] Completed [X] Other **Pending**

**Certifying Agency Category:**
[X] Judge [ ] Law Enforcement [ ] Prosecutor [ ] Other

**Case Number:** 08-1291 Sect. C Mag 4
**FBI # or SID #** (if applicable):

### For USCIS Use Only.

Returned | Receipt
Date
Date
Resubmitted
Date
Date
Reloc Sent
Date
Date
Reloc Rec'd
Date
Date
Remarks

## Part 3. Criminal Acts

1. The applicant is a victim of criminal activity involving or similar to violations of one of the following Federal, State or local criminal offenses. (Check all that apply.)

[ ] Abduction
[ ] Abusive Sexual Contact
[ ] Blackmail
[ ] Domestic Violence
[ ] Extortion
[ ] False Imprisonment
[ ] Felonious Assault
[X] Attempt to commit any of the named crimes

[ ] Female Genital Mutilation
[ ] Hostage
[ ] Incest
[X] Involuntary Servitude
[ ] Kidnapping
[ ] Manslaughter
[ ] Murder
[ ] Conspiracy to commit any of the named crimes

[ ] Obstruction of Justice
[X] Peonage
[ ] Perjury
[ ] Prostitution
[ ] Rape
[ ] Sexual Assault
[ ] Sexual Exploitation
[ ] Solicitation to commit any of the named crimes

[ ] Slave Trade
[ ] Torture
[X] Trafficking
[ ] Unlawful Criminal Restraint
[ ] Witness Tampering
[ ] Related Crime(s)
[X] Other: (If more space needed, attach seperate sheet of paper.) **Forced Labor**

Form I-918 Supplement B (08/31/07)


PLAINTIFF'S EXHIBIT 7

## Part 3. Criminal acts. (Continued)

2. Provide the date(s) on which the criminal activity occurred.

| Date (mm/dd/yyyy) | Date (mm/dd/yyyy) | Date (mm/dd/yyyy) | Date (mm/dd/yyyy) |
|---|---|---|---|
| 01/22/2007 | ongoing through 2/27/2008 | | |

3. List the statutory citation(s) for the criminal activity being investigated or prosecuted, or that was investigated or prosecuted.

   18 U.S.C. § 1595, 18 U.S.C. § 1589, 18 U.S.C. § 1590

4. Did the criminal activity occur in the United States, including Indian country and military installations, or the territories or possessions of the United States?   ☒ Yes   ☐ No

   a. Did the criminal activity violate a Federal extraterritorial jurisdiction statute?   ☐ Yes   ☒ No

   b. If "Yes," provide the statutory citation providing the authority for extraterritorial jurisdiction.

   c. Where did the criminal activity occur?

   Metro New Orleans, Louisiana area

5. Briefly describe the criminal activity being investigated and/or prosecuted and the involvement of the individual named in Part 1. Attach copies of all relevant reports and findings.

   Please see Attachment A.

6. Provide a description of any known or documented injury to the victim. Attach copies of all relevant reports and findings.

   Please see Attachment A.

## Part 4. Helpfulness of the victim.

The victim (or parent, guardian or next friend, if the victim is under the age of 16, incompetent or incapacitated.):

1. Possesses information concerning the criminal activity listed in Part 3.   ☒ Yes   ☐ No

2. Has been, is being or is likely to be helpful in the investigation and/or prosecution of the criminal activity detailed above. *(Attach an explanation briefly detailing the assistance the victim has provided.)*   ☒ Yes   ☐ No

3. Has not been requested to provide further assistance in the investigation and/or prosecution. *(Example: prosecution is barred by the statute of limitation.) (Attach an explanation.)*   ☐ Yes   ☒ No

4. Has unreasonably refused to provide assistance in a criminal investigation and/or prosecution of the crime detailed above. *(Attach an explanation.)*   ☐ Yes   ☒ No

## Part 4. Helpfulness of the victim. (Continued)

5. Other, please specify.

## Part 5. Family members implicated in criminal activity.

1. Are any of the victim's family members believed to have been involved in the criminal activity of which he or she is a victim?   ☐ Yes   ☒ No

2. If "Yes," list relative(s) and criminal involvement. *(Attach extra reports or extra sheet(s) of paper if necessary.)*

| Full Name | Relationship | Involvement |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Part 6. Certification.

I am the head of the agency listed in **Part 2** or I am the person in the agency who has been specifically designated by the head of the agency to issue U nonimmigrant status certification on behalf of the agency. Based upon investigation of the facts, I certify, under penalty of perjury, that the individual noted in **Part 1** is or has been a victim of one or more of the crimes listed in **Part 3**. I certify that the above information is true and correct to the best of my knowledge, and that I have made, and will make no promises regarding the above victim's ability to obtain a visa from the U.S. Citizenship and Immigration Services, based upon this certification. I further certify that if the victim unreasonably refuses to assist in the investigation or prosecution of the qualifying criminal activity of which he/she is a victim, I will notify USCIS.

**Signature of Certifying Official Identified in Part 2.**

**Date** *(mm/dd/yyyy)*

**Attachment A**

5. Briefly describe the criminal activity being investigated and/or prosecuted and the involvement of the individual named in **Part I**.

Jose Salvador Balladares, who is a plaintiff in the attached lawsuit presently pending in the U.S. District Court for the Eastern District of Louisiana, alleges claims under the Victims of Trafficking Protection Act ("VTPA"), 18 U.S.C. § 1595. The VTPA provides a civil remedy for violations of U.S. Criminal Code Sections 1589 ("Forced labor") and 1590 ("Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor") (18 U.S.C. § 1595), for victims of severe forms of trafficking in persons. The undersigned Federal District Judge hereby certified that she is adjudicating Jose Salvador Balladares' status as such a victim of trafficking and forced labor. Jose Salvador Balladares has made a prima facie showing of entitlement to relief at this stage of the proceedings. The undersigned Federal District Judge is vested with the authority to preside over these claims under the VTPA.

Jose Salvador Balladares may be a victim of forced labor because he makes a prima facie showing that his employer obtained his labor by threats of serious harms. Jose Salvador Balladares has proven his helpfulness to this investigation through the declaration attached here.

6. Provide a description of any known or documented injury to the victim. Attach copies of all relevant reports and findings.

Jose Salvador Balladares has made a credible prima facie showing that he has suffered emotional, mental and physical harm as a result of alleged forced labor at the worksite of the employer.