UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDI GARCIA, MISBEL GARCIA, JOSE SALVADOE VALLADARES, DENIS AMADOR-DIAZ, EMILIO SALGUETO, REYES AGULIA-GARCIA, GUSTAVO GARCIA, ILSA CANALES JOSE EFRAIN GARCIA-HERNANDEZ, EDGAR GOVANTI GARCIA-MARTINEZ, AND SANTOS LARA, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1291** |
| **AUDUBON COMMUNITIES MANAGEMENT, LLC, AUDUBON-ALGIERS, LLC, AND CHARLES REHYER** | **SECTION "C" (5)** |

**ORDER**

Before the Court is an *ex parte* Motion to Expedite the Disposition of Plaintiffs' Second Emergency Motion for U Visa Certification, filed by the plaintiffs, Fredi Garcia, Misbel Garcia, Jose Salvadoe Valladares, Denis Amador-Diaz, Emilio Salgueto, Reyes Agulia-Garcia, Gustavo Garcia, Ilsa Canales Jose Efrain Garcia-Hernandez, Edgar Govanti Garcia-Martinez, and Santos Lara ("Plaintiffs") (Rec. Doc. 25).

IT IS ORDERED that any opposition to the Plaintiffs' 2nd Motion for Certification shall be filed

1

by April 14, 2008 at noon. At that time, the Emergency Motion for U Visa Certification shall be taken under advisement and determined by the undersigned without a hearing.

New Orleans, Louisiana, this 9th day of April, 2008.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE