UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDI GARCIA, *et al.* <br><br> on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AUDUBON COMMUNITIES MANAGEMENT, LLC, *et al.* <br><br> Defendants. | Civ.No.08-1291-HGB-KWR <br> (SECT. C, MAG. 4) <br><br><br> **Collective Action** <br> **Motion for Certification** |

## MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION

This is an action brought by twelve interior renovation workers who were employed by Defendants to work on four apartment complexes owned and managed by Defendants between March 17, 2005 and March 17, 2008. The workers contend that the Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") with respect to their employment and that of other similarly situated workers. The alleged violations stem from Defendants' policy and practice of engaging in tardy and incomplete wage payments which operated to compensate the Plaintiffs and others similarly situated at a rate less than the FLSA's mandated minimum wage rate. Plaintiffs also allege that Defendants both improperly calculated and withheld overtime wage payments, which are required by the FLSA, affecting them and others similarly situated.

Pursuant to Section 216(b) of the FLSA, Plaintiffs hereby move this Court for preliminary conditional certification of the claims set forth in Count III and Count IV of their

First Amended Complaint as a FLSA collective action. Plaintiffs seek to represent the following similarly situated individuals:

> All non-supervisory interior renovation workers employed by Defendants on work crews overseen by Abelardo Rodriguez, H&H Associates and/or by Alcantara Carpentry who performed work at the Audubon Pointe, Audubon Village, Audubon Park and/or Audubon Grove work sites between March 17, 2005 and March 17, 2008.

In addition, Plaintiffs move this Court for an order requiring Defendants to provide Plaintiffs with the names, last-known addresses (U.S. and foreign) and telephone numbers of the potential opt-in plaintiffs, such that they might be provided with notice of their eligibility to participate in this action. Plaintiffs move for an opt-in period of at least three months from the issuance of a notice substantially similar to the notice attached as Exhibit 32. The grounds for this motion, as set forth more fully in the accompanying Memorandum of Law, are as follows:

1. Under the FLSA, trial courts are empowered to join claims of similarly situated individuals together through a specific statutory mechanism. This mechanism, referred to as a "representative action" or a "collective action," authorizes Plaintiffs to sue "for and behalf of himself or themselves and other employees similarly situated." 29 U.S.C. § 216(b). In this action, Plaintiffs have filed Count III and Count IV on behalf of themselves and others similarly situated. (Doc. 64 ¶¶ 221-228, 229-236)

2. The burden on Plaintiffs to justify collective action treatment is slight in the early stages of litigation. Plaintiffs here surpass this burden for certification through the allegations of their Complaint, the affidavits submitted here as Exhibits 19 through 31, and the twenty-five additional FLSA Consent to Sue forms filed with this Court on the part of similarly situated interior renovation workers who wish to participate as opt-in class members in this litigation. (Docs. 1-3, 16, 42-2, 50-2)

3. Because a group of similarly situated workers exists with respect to Count III and Count IV, Plaintiffs ask the Court to exercise its discretion and order Defendants to provide Plaintiffs with the names, last-known addresses (U.S. and foreign) and telephone numbers of the potential opt-in plaintiffs, such that they might be provided with notice of their eligibility to participate in this action.

4. Plaintiffs request that the Court approve an opt-in period of at least three months subsequent to the Defendants' production of potential opt-in plaintiffs' names, last-known addresses (U.S. and foreign) and telephone numbers, during which those individuals may file their opt-in forms and participate in this action.

5. Plaintiffs ask that the Court approve publication through radio and/or television of a notice substantially similar to the proposed notice (attached as Exhibit 32)[1]. Plaintiffs also request that the Court approve mailing of the notice for distribution to potential opt-in plaintiffs during a period of at least three months subsequent to the Defendants' production of potential opt-in plaintiffs' names, last-known addresses (U.S. and foreign) and telephone numbers.

WHEREFORE, Plaintiffs pray that this Court:

(i) Certify Count III and Count IV of this action as a collective action pursuant to 29 U.S.C. § 216(b);

(ii) Require Defendants to produce to Plaintiffs' counsel, in a computer readable format compatible with Plaintiffs' counsels' computers, the names, last-known addresses (U.S. and foreign) and telephone numbers of the potential opt-in plaintiffs within two weeks of this Court's order;

---

[1] Once the Court has approved the content of the notice, Plaintiffs' counsel will translate the document into Spanish before distribution to potential class members.

(iii) Approve the mailing and advertising of a notice substantially similar to the notice attached hereto for distribution to the potential opt-in plaintiffs;

(iv) Grant new opt-in plaintiffs a period of at least three months to file consent forms after the complete production of all potential opt-in plaintiffs names, last-known addresses (U.S. and foreign) and telephone numbers.

(v) Grant such other and further relief as justice may require.

Respectfully submitted this 24th day of October 2008.

s/Vanessa Spinazola
Vanessa Spinazola
LSBN 31328
The Pro Bono Project
615 Baronne Street, Suite 201
New Orleans, Louisiana 70113
Tel: (504) 581-4043 x212
Fax: (504) 566-0518

Mary C. Bauer
Virginia State Bar # 31388
*Pro Hac Vice*
Daniel Werner
New York State Bar # 3969839
*Pro Hac Vice*
Andrew H. Turner
Virginia State Bar # 48853
*Pro Hac Vice*
Immigrant Justice Project
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104
Tel: (334) 956-8200

Catherine K. Ruckelshaus
*Pro Hac Vice*
National Employment Law Project
80 Maiden Lane, Suite 509
New York, NY 10038
Tel: (212) 285-3025 x 306

Attorneys for Plaintiffs