UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDI GARCIA, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:    08-1291** |
| **AUDUBON COMMUNITIES MANAGEMENT, LLC, ET AL.** | **SECTION: "C" (5)** |

## ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that they are in the process of concluding settlement negotiations and that a sixty-day order may be entered in this matter,

**IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that parties may re-urge all motions currently pending in the event this matter is re-opened.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 14th day of November, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE