UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

|  |  |  |
|---|---|---|
| FREDI GARCIA, *et al.* | ) | |
| | ) | |
| on behalf of themselves and all | ) | |
| others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | **Civ. No. 08-1291-HGB** |
| | ) | **(SECT. C, MAG. 5)** |
| v. | ) | |
| | ) | |
| AUDUBON COMMUNITIES | ) | |
| MANAGEMENT, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

_____ )

## JOINT MOTION AND INCORPORATED MEMORANDUM FOR APPROVAL OF SETTLEMENT

COME NOW the parties to this litigation who jointly seek approval of their tentative settlement of this lawsuit. This lawsuit was brought by fourteen (14) named individuals ("named plaintiffs"), allegedly employed by defendants in the maintenance and rehabilitation of their multifamily residential complexes located in Algiers, Louisiana, Bridge City, Louisiana, Baton Rouge, Louisiana, and Jackson, Mississippi. (Rec. Doc. 64 ¶¶ 167-176.)

The fourteen named plaintiffs asserted claims for unpaid minimum and overtime wages under the Fair Labor Standards Act ("FLSA").  29 U.S.C. § 201 *et. seq.* (2008). Twelve of the fourteen named plaintiffs sought to assert their FLSA claims on behalf of themselves and all others similarly situated pursuant to 29 U.S.C. § 216(b).  (Rec. Doc. 64 ¶¶ 206-210.)  On October 24, 2008, the named plaintiffs moved for certification of their case as a FLSA collective action pursuant to 29 U.S.C. § 216(b).  (Rec. Doc. 80.) Their motion is pending.  Since this suit was filed, twenty-five (25) other individuals have filed consent-to-sue forms with the Court, indicating their desire to join the named plaintiffs' putative FLSA collective action.  (Rec. Doc. 1-3, 16, 42-2, 50-2.)  A total of thirty-nine (39) individuals present FLSA claims in this case.  The fourteen named plaintiffs have also pled claims under the Victims of Trafficking Protection Act ("VTPA"). 18 U.S.C. § 1595 (2008).  The defendants dispute the validity of all claims asserted.

The proposed settlement would extinguish the Fair Labor Standards Act claims brought by all thirty-nine (39) named and opt-in plaintiffs.  It would also satisfy the VTPA claims brought by the twelve named plaintiffs asserting the same.  This settlement would likewise extinguish any and all causes of action of any nature, which the named and opt-in plaintiffs may possess or have possessed against any defendant by reason of any occurrence predating the execution of this agreement.

After ten months of negotiation, discovery and motion practice, the parties have achieved a proposed settlement whereby defendants agree to pay $170,000.00 to the thirty-nine (39) named and opt-in plaintiffs who have sought to present claims in this action, and $45,000.00 in fees and litigation costs to plaintiffs' counsel.

For the reasons set forth in the accompanying memorandum, the parties respectfully request that their Joint Motion for Approval of Settlement be granted.

Respectfully Submitted,

 /s/ **Vanessa Spinazola**
Vanessa Spinazola
LSBN 31328
The Pro Bono Project
615 Baronne Street, Suite 201
New Orleans, LA 70113
Tel: (504) 581-4043


Mary C. Bauer
Virginia State Bar # 31388
*Pro Hac Vice*
Daniel Werner
New York State Bar # 3969839
*Pro Hac Vice*
Andrew H. Turner
Virginia State Bar # 48853
*Pro Hac Vice*
Immigrant Justice Project
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL  36140
Tel:  (334) 956-8326
Fax:  (334) 956-8481


Catherine K. Ruckelshaus
*Pro Hac Vice*
National Employment Law Project
80 Maiden Lane, Suite 509
New York, NY  10038
Telephone (212) 285-3025 x 306


Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date electronically filed the foregoing ***Joint Motion for Approval of Settlement*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

>James M. Garner
>Elwood F. Cahill, Jr.
>Debra J. Fishman
>Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
>909 Poydras Street, 28th Floor
>New Orleans, LA   70112-1033
>Phone:  504-299-2100
>Fax:  504-299-2300

This 6th day of February, 2009.

**/S/ Vanessa Spinazola**