CHAMBERS OF
HELEN G. BERRIGAN

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, C-556
NEW ORLEANS, LOUISIANA 70130

(504) 589-7515

Marco Balducci
1100 Poydras Street, Suite 2725
New Orleans, Louisiana 70163

September 19, 2014

      RE: Request for U-Visa Certification for Julio Cesar Hernandez Garcia and Luis Alberto Valle, *Fredi Garcia, et al. v. Audubon Cmtys. Mgmt., LLC, et al.*, No. 08-1291

Dear Mr. Balducci,

      This letter is to confirm receipt of your letter requesting me to sign U-Visa certification forms for your clients Julio Cesar Hernandez Garcia and Luis Alberto Valle, based on their participation as opt-in plaintiffs in *Garcia, et al. v. Audubon Cmtys. Mgmt., LLC, et al.*, No. 08-1291. As you mentioned in your letter, I presided over this case as judge. You should also be aware that this court has jurisdiction over this case to enforce the terms of the settlement reached by the parties.

      On the motion of several named plaintiffs, I made U-Visa certifications based on the likelihood that they had been victims of qualifying criminal activity and would "be helpful at some point in the future" to an investigation of that criminal activity. *See* Attachment 1, R. Doc. 32, Order and Reasons Granting Joint Motion Emergency Motions for U Visa Certification. Based on the letters you have submitted from SPLC's attorneys, I have no doubt that Mr. Hernandez Garcia and Mr. Valle provided information that ultimately helped bring this matter to resolution. However, I cannot certify that I have "adjudicated [either man's] status as . . . a victim of trafficking and forced labor," as you have requested me to do in your letter. This case ended in settlement rather than adjudication on the merits. Further, and more importantly, a term or condition of the settlement reached was that the defendants would not admit to any violation of law alleged in the complaint. *See* Attachment 2, R. Doc. 125, Order and Reasons Granting Joint Motion for Approval of Settlement; Attachment 3, R. Doc. 124-3, Settlement Agreement. Thus, I have no basis - adjudicative or otherwise - for certifying that Mr. Hernandez Garcia and Mr. Valle were in fact the victims of trafficking and forced labor.

      A copy of your letter to the court and this letter in response will be filed into the record in case number 08-1291 and served on all counsel of record.

Sincerely,

Helen G. Berrigan
United States District Court Judge
Eastern District of Louisiana

encl.